IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ELROY CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>AARON PINEIRO; P.A. NICOLIES; and DR. O,<br><br>    Defendants. | CIVIL ACTION NO.: 6:19-cv-38 |

**O R D E R**

This matter comes before the Court on Plaintiff's Notice of Dismissal under Rule 41(a)(1). Doc. 7. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **DISMISSES** Plaintiff's Complaint **without prejudice**. The Court **REJECTS as moot** the Magistrate Judge's July 16, 2019 Report and Recommendation, doc. 5, and **DIRECTS** the Clerk of Court to enter an appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 15th day of August, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA